UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL A. ALEXANDER                          CIVIL ACTION

VERSUS                                        NO: 17-3815

BANK OF AMERICA, N. A.                        SECTION: A

## JUDGMENT

For the written reasons of the Court entered herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of Bank of America, N. A., and against Michael A. Alexander.

New Orleans, Louisiana, this 26th day of October 2017.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE